# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE FAVELLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. A. YATES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01245-LJO-SKO PC<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(Doc. 18) |

　　　Plaintiff Lawrence Favello, a state prisoner proceeding pro se, filed this civil rights action in Kings County Superior Court on June 2, 2011. Defendants Myers, Guthery, Trimble, Nash, Fisher, Jr., Davis, Allen, Yates, McGee, Huckabay, Walker, Cate, and McBride (Defendants) removed the action to this court on July 28, 2011. 28 U.S.C. § 1441(b).

　　　On May 16, 2012, Plaintiff and Defendants filed a stipulation for voluntary dismissal of the action, with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:　May 17, 2012**　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE